USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jennifer Nazario,

                Plaintiff,

-against-

Morris Heights Health Center, Inc.,

                Defendant.

1:19-cv-05923 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Due to recent public health concerns, the settlement conference scheduled for April 15, 2020, at 10:00 a.m. shall proceed by telephone. The Court will provide dial-in information to the parties by email prior to the conference.

**SO ORDERED.**

DATED:    New York, New York
              April 1, 2020

_____
STEWART D. AARON
United States Magistrate Judge